IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JUN -8 A 9:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Charles Hicks #246241__
Full name and prison number
of plaintiff(s)

v.

__The Alabama Dept. of Corrections__
__et al., Richard Allen Commissioner__
__Staton Correctional Facility__
__Warden Leon Furnas__
__Lieutenant Copeland__
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. __2:07-CV-507-WKW__
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) __Charles Hicks #246241__

            Defendant(s) __Alabama Dept. of Corrections__
            __and The Prison Health Services in Franklin Tenn__

        2.  Court (if federal court, name the district; if state court, name the county) __Middle District Court__
            __Montgomery County, Alabama.__

3. Docket number _____

4. Name of judge to whom case was assigned _____
   Judge Charles Coody, Jr.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   Still pending.

6. Approximate date of filing lawsuit   Oct 2006

7. Approximate date of disposition   Oct 2006

II. PLACE OF PRESENT CONFINEMENT   Staton Correctional Facility, P.O. Box 56, Elmore, AL 36025.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED   Staton Correctional Facility, P.O. Box 56, Elmore, AL 36025.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS
1. Alabama Dept. of Corrections   801 So. Ripley St. Montg
2. Richard Allen Commissioner    801 So. Ripley St. Montgo
3. Warden Leon Furnas            P.O. Box 56, Elmore, AL 36025
4. Staton Correctional           P.O. Box 56, Elmore, AL 36025
5. ~~Leutintant~~ Copeland       P.O. Box 56, Elmore, AL 36025
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
   June 4, 2007.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ~~Leutintant~~ Copeland denied me (a Diabetic) from going to Diabetic lunch to eat especially when I showed him my Diabetic card and told him that I was at the Prison Health services too see the nurse because I had an appointment that morning when they called for Diabetic lunch at that time. I was seeing the nurse about my medication at that time and I could not go too lunch at that time

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

It was after 9:00 pm on June 4, 2007 when I told ~~Lentintal~~ Copeland about the situation that I was at the Doctor seeing the nurse and I could not make it too Diabetic Lunch at that time. When I told him about it he went off on me with foul words.

GROUND TWO: He deined me from going to Diabetic Lunch at that time.

SUPPORTING FACTS: The Supporting facts are: 1) He deined a Diabetic from going to Diabetic Lunch especially when I told and showed him my medicine and Diabetic card that I went to the Doctor and I was a diabetic. 2) He respond back too me using foul words at me saying that he didn't care if I was diabetic, I would have to wait until dinner time before I can eat. Another officer told him also I was a diabetic too.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want him too be terminated from the Dept. of Correction and suspended from being Lt. of Staton Correctional and I am seeking Financial reward for pain and suffering for Cruel and unusual Punishment.

Charles Hicks #246241
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 4, 2007
(Date)

Charles Hicks #246241
Signature of plaintiff(s)

4

Charles Hicks #246241 E-2-9A
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

9577

State of Alabama
Central Mail Ops

Legal Mail

The Office of The Clerk
The Middle District Court Attention !!!
United States District Court Clerk Office
P.O. Box 711
Montgomery, AL 36101-0711

Legal Mail