FOR USE BY INCARCERATED PERSONS

RECEIVED
2007 JUN -8 A 9:28

IN THE UNITED STATES DISTRICT COURT
FOR THE **Middle** DISTRICT OF ALABAMA

2:07-CV-507-WKW

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **Charles Hicks #246241**
   Present mailing address: **Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025**

2. Are you presently employed?   Yes ___  No ✓
   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   Monthly earnings: **No**

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   **Bruno's Supermarket, Montgomery Highway Hoover, Alabama. September 2001. Salary $350.00 every a week**

   Date last worked: **September 2001**
   Monthly earnings: **$700.00 a month**

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?   Yes ___  No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___  No ✓

1

(c) Pensions, annuities, or life insurance payments?  Yes ___  No ✓

(d) Gifts or inheritances?  Yes ___  No ✓

(e) Any other sources?  Yes ___  No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

NA

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 0

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?  Yes ___  No ✓

If the answer is "yes," describe the property and state its approximate value:

NA

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

NA

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6/4/07

Charles Hicks #246241
SIGNATURE OF PLAINTIFF

## CERTIFICATE OF SERVICE

I _Charles Hicks_, defendant in the above-styled cause hereby certify that I have on this date served a copy of the foregoing Motion on the Clerk of _The Middle District Court, Montgomery County_ By placing the same in the United States Mail, postage prepaid and properly addressed, at _Staton Correctional_ on this _5th_ day of _June_ 2007.

_Charles Hicks_
Defendant

Sworn to and subscribed before me this ____ day of _____ 200__.

_____
(Notary Public)
My Commission Expires: _____/_____/_____.

Charles Hicks #246241 E-2-9A
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025-0056

9577

Legal Mail

State of Alabama
Inmate Mail Ops

The Office of The Clerk
The Middle District Court
United States District Court    Attention !!!
P.O. Box 711
Montgomery, AL 36101-0711

Legal Mail