In The United States District Court
For The Middle District
Northern Division

Charles Hicks Pro see,
   Plaintiff,

   V.                                         Case Action: 2:07-cv-507
                                                          -WKW-CSC

Luetinant Willie Copeland et al.,
Individual and In His Official Capacity as Luetinant At
Staton Correctional.
   Defendant,

   Motion To Objection Of The Megistrate Judge Recommendation!!!

   Comes now the Petitioner In the above styled cause, news this court to grant said motion, The Petitioner will show the following to the Motions:

1) He is the type of Luetinant that abuse his authority towards Inmates.

2) He was fully aware that, I was a Diabetic and was at the Doctor's office at the time when they called for Diabetic Lunch. And he refused for me too go eat my lunch after I told him where, I was at that time.

3) He has had previous Lawsuits against

him from other inmates and has been arrested 7 times for beating on inmates and hurting them.

4) I am bring forth for him to be terminated and arrested and fied from the Department of Corrections in this Civil Action and that the court order him to pay $300,000.00 For Compensation and $200,000.00 Damages and $2,000,000.00 Million For Pain and Suffering and my freedom.

5) He has a bad history in being in different courts and all most every Judge throughout the State of Alabama knows him for his bad character on beating and abusing inmates.

<u>Certificate of Service</u> !!!

I hereby certify that I have served a copy of this foregoing Motion For The Motion Objection of the Magistrate Judge Recommendation, Middle District of Alabama P.O. Box 711, Montgomery, Alabama 36101-0711 by Placing a copy in the Prison Mailbox at Staton Correctional Facility, Elmore, Alabama. For The United Mail First Class and Properly Address Postage Personally Paid:

C/C
Hon: Clerk
Debra P. Hackett
P.O. Box 711
Montgomery, Al 36101

Charles Hicks #246241
Staton Correctional Facility
P.O. Box 56
Elmore, Al 36025

## Notary Public

I, Charles Hicks #246241 being first duly sworn and tell the truth about sayth.

Charles Hicks #246241

State of Alabama
County of Elmore

Sworn to and subscribed before me on this the 14th day of June, 2007.

Jeff C Burnett
Notary Public

my commission Expires:
1-21-08

Willie Hicks # 246241 E2-9A
ton Correctional Facility
P.O. Box 56
Elmore, Al 36025

The Office of The Clerk
United States District Court
P.O. Box 711
Attention!!! Clerks Office
Montgomery, Al 36101-0711

MONTGOMERY AL 361
15 JUN 2007 PM 3 T