**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07-CV-507-WKW |
| | )                     [WO] |
| | ) |
| LT. WILLIE COPELAND, | ) |
| | ) |
|    Defendant. | ) |

## ANSWER

**COMES NOW**, the Defendant, **Lieutenant Willie Copeland,** by and through Troy King, Attorney General for the State of Alabama, via undersigned counsel, and in accordance with this Honorable Court's Order of June 12, 2007, does hereby submit the following Answer to Plaintiff's Complaint.

1. Defendant denies withholding a diabetic meal from Mr. Hicks on June 4, 2007.

2. Defendant denies violating Plaintiff's constitutional rights.

3. Defendant denies all allegations not expressly admitted herein.

## DEFENSES

1. Lt. Copeland, named in his official capacity, is immune by virtue of sovereign immunity.

2. Lt. Copeland, named in his official capacity, is immune by virtue of qualified immunity.

3. Lt. Copeland did not violate Plaintiff's constitutional rights under the Eighth Amendment of the Constitution of the United States.

4. Plaintiff has failed to allege facts sufficient to support an Eighth Amendment claim.

5. Plaintiff has failed to state a claim upon which relief can be granted.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
(KIN047)


s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 242-7443
(334) 242-2443 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 20th day of July, 2007, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Mr. Charles Hicks, #246241
    Staton Correctional Facility
    P.O. Box 56
    Elmore, AL 36025

                                  s/ *J. Matt Bledsoe*_____
                                  OF COUNSEL