7/18/07

United States District Court
Middle Division
Northern

RECEIVED
2007 JUL 20 A 9:4?

Change of address !!!

This is inmate Charles Hicks writing you this letter again. Letting you know that i have changed address. On July 16, 2007 I was transferred from Staton Correctional Facility too Alexander City Community Base. And that is where i am at the present time. My cases numbers are (1) CV Action 2:07-CV-141-MHT, (2) 2:07 CV 64-WR-07-12891-I (3) 2:06-CV-990-MEF, (4) 2:07-CV-148-MEF (5) 2:06-CV-1033-WKW-CSC, (6) 2:07-CV-257-MHT (7) 2:07-CV-00507-WKW. These are my cases numbers so you can send letters here to me at Alexander City Community Base in Alexander City, Alabama.

Charles Hicks #246241
Alexander City Community Base
P.O. Drawer 160
Alexander City, Al 35011

Charles Hicks #246241 29-A
Alexander City Community Base
P.O. Drawer 160
Alexander City, Al 35011



19 JUL 2007 PM 3

The United States Middle District Court
Atten!!! Clerks Office
P.O. Box 711
Montgomery, Al 36101