IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-507-WKW |
| | ) |
| LT. COPELAND, | ) |
| | ) |
|     Defendant | ) |

**ORDER**

Upon review of the file in this case, and as the order entered on July 23, 2007 contains a typographical error as to the defendant filing a written report (Court Doc. No. 11), it is

ORDERED that the aforementioned order be and is hereby VACATED. The court will enter a corrected order forthwith.

Done this 23rd day of July, 2007.

                                                /s/ Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE