In The District Court of the United States
For The Middle District of Alabama
Northern Division

Charles Hicks, #246241,
   Plaintiff,

v.

Lt. Willie Copeland,
   Defendant,

Civil Action No. 2:07-CV-507-WKW

2:07 CV 726-WKW

## Affidavit

State of Alabama:
Elmore County:

    Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Charles Hicks as Plaintiff, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Charles Hicks. I am presently incarcerated at Alexander City Community Base in Alexander City, Alabama 35011. I am over the age of twenty-one (21) years of age.

I inmate Charles Hicks was deined from eating my diabetic lunch by Luetinant Willie Copeland because I was at the doctor's office when they called for the diabetics too eat lunch at that time.

1) On June 4, 2007, I inmate Charles Hicks, B/m #246241 was scheduled for Chornic Care Screening in B-Dormitory. At approximetely 9:00 A.M., they called for Diabetic Chow for all Diabetics Inmates to report to the dining Hall to eat our lunch. I inmate Charles Hicks had not completed my Chornic Care Clinic Screening at that time when diabetic chow was called.

2) I inmate Charles Hicks left the Clinic after 10:00 A.M., then went too the Chow hall to get my diabetic lunch. When, I got too the dinning hall it was closed.

3) After, I went too the dinning hall and it was closed, I walked around too the shift office. That was, I saw Luetinant Copeland sitting at his desk. I had my diabetic card and medication in my hand. I asked him and told him that i had just left the doctor's office and I was a diabetic and I was at the doctor's office when they called diabetic chow at that time. I told him that I need to eat my diabetic

I asked him if I could go too eat? He told me in a anger foul voice "No" (I don't want too hear that Shit this morning). I told him that I was a diabetic and I needed to eat my diabetic lunch. He told me that (He did not care if I was a diabetic or not) he met "No". You just have too wait a couple of hours (3) hours before you can eat at dinner time before you can eat with the rest of the popludation.

4) Another reason why Luetinant Willie Copeland needs too be fired from the Alabama Department of Corrections is because:

A) He uses his authority and abuses it all of the time towards other inmates.

B) He is a threat to other inmates and has beaten on other inmates there at Staton Correctional.

C) He threaten me because I am a diabetic and also a Chornic Care Patient. And I am suffering and having pain in my body all of the time and I am walking on a Walking Cane and sometimes Crutches. It hurts for me too walk. I am suing for 2.5 Million in damages.

D) He has been arrested 7 times and has had plenty of Lawsuits against him from other inmates. And almost every judge throughout the State of Alabama knows that about him.

E) He violated my civil Constitutional Rights by

Lieutenant Copeland had knowledge too being verbally abusive in his conversation with me. I am not lying about that at all.

To my knowledge, the above-related facts are the entirely of my involvement with Lieutenant Copeland concerning the allegations on which his complaint is based.

He violated any well-established and all civil rights of mine as a diabetic and an inmate.

                            Charles Hicks #246241
                            Charles Hicks #246241

Sworn to and Subscribed before me this 30th day of July 2007.

                            [signature]
                            Notary Public

                            July 7, 2010
                            My Commission Expires:

Certificate of Service

I hereby certify that I have, this the __ day of July, 2007, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing upon the Defendants, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

e/c

Hon: Clerk
Debra P. Hackett
P.O. Box 711
Montgomery, Al 36101

Charles Hicks #246241
AIS #246241 Bed A29A
Alexander City Community
Base
P.O. Drawer 160
Alexander City, Al 35011

Yours 746241-27-A
Alexander City Community Base
P.O. Drawer 160
Alexander City, Alabama 35011

United States Middle District Court
Atten: Clerk's Office - Judge Albritton
P.O. Box 711
Montgomery, Alabama 36101-0711