IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-507-WKW |
| | ) |
| LT. COPELAND, | ) |
| | ) |
| Defendant | ) |

**ORDER**

Upon review of the response filed by the plaintiff on August 24, 2007 (Court Doc. No. 16), and for good cause, it is

ORDERED that the Recommendation entered on August 17, 2007 (Court Doc. No. 15) be and is hereby WITHDRAWN.

Done this 27th day of August, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE