IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:07-CV-507-WKW-WO** |
| | ) |
| LT. WILLIE COPELAND | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Willie Copeland,* Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party


12/28/2007                                /s/ J.MATT BLEDSOE
Date                                      Counsel Signature

                                          Copeland
                                          Counsel for (print names of all parties)

                                          11 South Union Street
                                          Montgomery, AL 36130
                                          Address, City, State Zip Code

                                          334-242-7443
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

Charles Hicks, #246241
Alexander City Community Base
PO Drawer 10
Alexander City, AL  35011

| 12/28/2007 | /s/  J. Matt Bledsoe |
|---|---|
| Date | Signature |