IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-507-WKW |
| | ) | |
| LIEUTENANT WILLIE COPELAND, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. # 20).

There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1997(e)(c)(1).

An appropriate judgment will be entered.

DONE this 21st day of October, 2008.

                                          /s/  W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE